Michelangelo Tatone, Esq
Tatone Law, APC
4333 Admiralty Way, Ste. 100
Marina del Rey, CA 90292
Telephone: (424) 289-9707
Email: mtatone@tatonelegal.com

Attorneys for Plaintiffs JACK ESKENAZI and AMERICAN HEALTH CAPITAL dba AMERICAN HEALTHCARE CAPITAL

Derrick F. Coleman (SBN 170955)
Johnny Kim (SBN 230853)
Patrick Estabrook (SBN 340338)
COLEMAN FROST LLP
201 Nevada Street
El Segundo, California 90245-4211
Telephone: (424) 277-1650
Email: derrick@colemanfrost.com
       johnny@colemanfrost.com

Attorneys for Defendants Mike Moran, Andre Ulloa, Mark Thomas, M&A Advisory Group, LLC, and M.A.E.C. LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK ESKENAZI, an individual; AMERICAN HEALTH CAPITAL, a California corporation dba AMERICAN HEALTHCARE CAPITAL,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>MIKE MORAN, an individual; M.A.E.C LLC, a California Limited Liability Company; ANDRE ULLOA, an individual; MARK THOMAS, an individual; HEALTHCARE DEAL | Case No: CV 23-5099-GW-KSx<br><br>**ORDER** |

1

[PROPOSED]ORDER

TEAM, a business entity form unknown; and DOES 1 through 20, Inclusive,

     Defendants.

  **HAVING CONSIDERED** the Parties' stipulation and good cause appearing, the Court hereby approves the stipulation and ORDERS as follows:

1. The entire action Eskenazi et al. v. Moran et al., Case No. 2:23-cv-05099-GW(KS) is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). This dismissal is effective immediately upon the filing of the Parties' stipulation and does not require a separate court order to take effect.

2. In view of the Parties' agreement and the nature of this dismissal, the Court finds that no party shall be deemed a "prevailing party" in this action. Each party shall bear its own attorneys' fees and costs, and no party may seek fees or costs in connection with this federal case arising from this dismissal.

3. It is further ordered that this dismissal is not an adjudication on the merits of any claim, and shall not have res judicata or collateral estoppel effect in any other proceeding. The claims dismissed herein may be pursued in the pending state-court action (Los Angeles County Superior Court Case No. 21SMCV01031), and this Order shall not be construed to bar or prejudice the litigation of those claims in that forum.

  **IT IS SO ORDERED.**

DATED: November 12, 2025

_____
HON. GEORGE H. WU,
United States District Judge